**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **PATRICK L. BROWN,** : | |
| : | |
| **Plaintiff,** : | Case No. 2:10-CV-166 |
| : | |
| v. : | **JUDGE ALGENON L. MARBLEY** |
| : | **Magistrate Judge King** |
| **MARTIN FRANTZ,** : | |
| : | |
| **Defendant.** : | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the October 4, 2010 Opinion and Order, Defendant's Motion to Dismiss is **GRANTED**.  This case is **DISMISSED**.

Date: **October 4, 2010**          James Bonini, Clerk


                                   s/Betty L. Clark
                                   Betty L. Clark/Deputy Clerk